**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                       **Case No. 4:17-cr-00186 KGB**

**WILLIAM THOMAS MURRY, III**                                      **DEFENDANT**

**AMENDMENT TO JUDGMENT AND COMMITMENT ORDER**

Defendant William Thomas Murry, III has informally requested that the Court recommend that he be incarcerated at the Texarkana Federal Correctional Institution. Counsel for the government has communicated to the Court that she does not object to this request; therefore, the Court recommends that Mr. Murry be incarcerated at the Texarkana Federal Correctional Institution.

All other conditions contained in the original Judgment and Commitment Order remain in full force and effect.

The Clerk is directed to provide a copy of this order to counsel, the United States Probation Office, and the United States Marshals Office.

It is so ordered this 13th day of October, 2020.

                                                          _Kristine G. Baker_
                                                          Kristine G. Baker
                                                          United States District Court